**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jaylar Tassmall BYERS, Defendant—Appellant.**

**No. 08–6069.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2008.

Decided: April 29, 2008.

Jaylar Tassmall Byers, Appellant Pro Se.

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

PER CURIAM:

Jaylar Tassmall Byers appeals the district court's order denying his motion for modification of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Byers*, No. 3:00–cr–00137–FDW–6, 2007 WL 3346715 (W.D.N.C. Nov. 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*